683 A.2d 195

IN THE MATTER OF CORNELIUS W. DANIEL, AN ATTORNEY AT LAW.

October 17, 1996.

## ORDER

The Disciplinary Review Board on June 13, 1996, having filed with the Court its decision concluding that **CORNELIUS W. DANIEL** of **BRIELLE,** who was admitted to the bar of this State

in 1969, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client adequately informed), and *RPC* 5.1 (failure to supervise an attorney employee), and good cause appearing;

It is ORDERED that **CORNELIUS W. DANIEL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.